No. 05–6315. JOHNSON v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6330. BROWN v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6342. CONSIGLIO v. RIMMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6345. ZEIGLER v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 05–6346. VALENZUELA v. FELKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6348. MORA VALDEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6349. VARNEY v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 05–6350. ZADEH v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–6351. NELSON v. PATRICK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6356. BENESHUNAS v. KLEM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6363. O'BRYANT v. SAPP, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–6365. TERRY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6366. WAGNER v. MOORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–6367. MCELWEE v. KIRKLAND, WARDEN. C. A. 9th Cir. Certiorari denied.